IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | Case No. DNCW3:14CR124 |
| ) | (Financial Litigation Unit) |
| ALPHONSO BERNARD DAVIS ) | |

**ORDER**

Upon consideration of the United States' motion (#38) for an order that funds held by the Charlotte Mecklenburg Police Department be applied to restitution in this case, the motion is granted.

IT IS HEREBY ORDERED that the Charlotte Mecklenburg Police Department shall remit the funds in the amount of $159.00, CMPD case number 20140328-1333-02, to the Office of the United States District Clerk of Court for the Western District of North Carolina, 401 West Trade Street, Charlotte, North Carolina 28202, to apply to the restitution imposed by the criminal judgment in this matter.

**SO ORDERED.**

Signed: September 3, 2019

Max O. Cogburn Jr.
United States District Judge